IN THE UNITED STATES COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LOURDES RIVERA,<br><br>Plaintiff,<br><br>v.<br><br>FIRSTBANK,<br><br>Defendant. | CIV. NO.: 20-1122 (SCC) |

## JUDGMENT

In accordance with the Order at Docket No. 25, this case is hereby dismissed without prejudice, each party to bear its own costs, attorney's fees and expenses.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 31st day of August, 2020.

        *S*/SILVIA CARRENO-COLL
        UNITED STATES DISTRICT COURT JUDGE